# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**RE:  Sharon Jones**                                                                              Case No. 10-35831

### DIRECTIVE FOR TERMINATION OF VOLUNTARY PAYMENTS BY DEBTOR

The above case having been completed, dismissed or converted to a Chapter 7;

IT IS DIRECTED;

That the above Debtor shall discontinue sending the Trustee any additional payments under the previous Directive For Voluntary Payment.

THIS DIRECTIVE IS ENTERED PURSUANT TO A STANDING ORDER OF THE UNITED STATES BANKRUPTCY COURT.

Dated: **April 14, 2014**

  **/S/ Robert E. Hyman**
  Robert E. Hyman, Trustee
  Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the debtor(s) and debtor(s) counsel on the date above written.

  **/S/ Robert E. Hyman**
  Robert E. Hyman, Trustee